E-FILED
Monday, 24 August, 2026 02:45:44 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

**DOUGLAS NASH, III,**

**Plaintiff,**

**v.**

**MCDONALDS STORE #06556, et al.,**

**Defendants.**

**Case No. 2344**

## REPORT AND RECOMMENDATION

On December 31, 2025, Plaintiff filed a Complaint against Defendants and an Application to Proceed Without Prepayment of Fees. On January 5, 2026, the Court denied the Application and granted Plaintiff leave to pay the filing fee in four payments. The Court cautioned that failure to pay the entire filing fee by April 27, 2026, would result in dismissal of Plaintiff's case without prejudice.

On January 23, 2026, the Clerk received notice that the mailing of the Court's Order from January 5 was returned as undeliverable. However, on April 4, 2026, Plaintiff filed a Motion to Sustain Complaint, wherein Plaintiff referenced the Court's January Order, indicating Plaintiff was aware of the January 5 Order. Plaintiff did not pay the filing fee by April 27, 2026.

On April 28, 2026, the Court entered an Order to Show Cause directing Plaintiff to show cause within 14 days why this case should not be dismissed for failing to pay the filing fee in this case and failing to keep the Court informed of Plaintiff's address. The Court cautioned that failure to show good cause would result in dismissal of this case without prejudice.

Plaintiff did not respond to the Court's Order to Show Cause by the deadline and did not pay the filing fee. Accordingly, the Court recommended that Plaintiff's case be dismissed without prejudice for failure to pay the filing fee, failure to keep the Court

informed of Plaintiff's address, and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff then filed an Objection to the Report and Recommendation, which the District Court sustained. In addition, Plaintiff requested a 60-day extension to pay the filing fee.

On June 18, 2026, this Court granted Plaintiff's request for an extension of time and directed Plaintiff to pay the filing fee by August 18, 2026. The Court warned that failure to pay the filing fee in full by August 18, 2026, would result in dismissal of this case without prejudice. On June 29, 2026, the Court received notice that the mailing of the Court's June 18 Order was returned as undeliverable to Plaintiff's listed address. To date, Plaintiff has not paid the filing fee in this case.

**Accordingly, the Court recommends that Plaintiff's case be dismissed without prejudice for failure to pay the filing fee and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).** Plaintiff is advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 24th day of August, 2026.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE