E-FILED
Wednesday, 16 September, 2026 01:55:26 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | | |
|---|---|---|
| **DOUGLAS NASH, III,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 25-CV-2344** |
| **MCDONALDS STORE #06556 et al.,** | ) | |
| **Defendants.** | ) | |

## ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On August 24, 2026, a Report and Recommendation (#17) was filed by United States Magistrate Judge Eric I. Long in the above cause. On September 5, 2026, Plaintiff filed its Objection to Report and Recommendation (#18). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#17). Accordingly, Plaintiff's case is dismissed without prejudice for failure to pay the filing fee and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS THEREFORE ORDERED:

1. The Report and Recommendation (#17) is accepted by the court.
2. Plaintiff's Complaint (#1) is DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(b).
3. This case is terminated.

ENTERED on this 16th day of September 2026.

s/ *Colin S. Bruce*
COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE